IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

2015 AUG -6   P 12: 55

| | |
|---|---|
| Gerren Amiker, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Carolyn D. Colvin, Commissioner )<br>of Social Security, )<br>)<br>Defendant. )<br>)<br>_____) | Civil Action No. 6:12-2886-RMG<br><br><br><br><br><br>**ORDER** |

This matter comes before the Court on Plaintiff's motion for approval of attorney's fees under 42 U.S.C. § 406(b). (Dkt. No. 35). Plaintiff has informed the Court that he was awarded Social Security disability benefits as a result of this present action that included a lump sum back benefits award of $70,359.00. (Dkt. No. 35-1 at 1). He now seeks approval of a contingency fee for his attorney of 25% of his back benefits award. This would result in an attorney's fee of $17,589.75. Counsel for Plaintiff has further informed the Court that this award is subject to offset from a previous award under the Equal Access to Justice Act ("EAJA") of $5,235.50. (Dkt. No. 23). The Defendant has advised the Court that she does not oppose the approval of Plaintiff's attorney fee under § 406(b). (Dkt. No. 36).

The Court has reviewed the Plaintiff's motion in light of the standards set forth in *Grisbrecht v. Barnhart*, 535 U.S. 789, 808 (2002). The Court finds that pursuant to the *Grisbrecht* standards the proposed fee is reasonable and grants the Plaintiff's motion to approve the fee in the amount of $17,589.75. Since Plaintiff is entitled to an offset for previously

awarded EAJA fees, Plaintiff's counsel is directed that upon receipt of the fee award approved herein to refund to Plaintiff $5,235.50.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

August 5, 2015
Charleston, South Carolina